**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **RONNIE CALTON,** | ) | **CASE NO. 5: 23 CV 1613** |
| | ) | |
| Petitioner, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order, this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

_____  9/6/2023
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE